**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHRISTOPHER HIRAM CANO,

                         Plaintiff,                    22-CV-10557 (JLR) (OTW)

           -against-                        **ORDER**

ILYA KHARKOVER, et al.,

                         Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed *pro se* Plaintiff Christopher Hiram Cano's letters (ECF Nos. 27 and 28), styled as motions to strike Defendants' Affirmative Defense Pursuant to Fed. R. Civ. P. 12(f). The Court has already ruled on the issue discussed in Plaintiff's letters. (*See* ECF 26). These requests are therefore **DENIED as moot**.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff. The Clerk of Court is further directed to close ECF Nos. 27 and 28.

**SO ORDERED.**

                                                              */s/ Ona T. Wang*

Dated:  October 11, 2023                                  **Ona T. Wang**
           New York, New York                   United States Magistrate Judge