UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHRISTOPHER HIRAM CANO,

                        Plaintiff,

            -against-

ILYA KHARKOVER, et al.,

                      Defendants.
------------------------------------------------------------x

22-CV-10557 (JLR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a telephonic initial case management conference in this matter on November 14, 2023. As discussed, *pro se* incarcerated Plaintiff is directed to file her motions by **Friday, December 22, 2023**. Further, Plaintiff shall respond to Defendants' motion to dismiss **by Friday, January 19, 2024**. Defendants are directed to file their reply brief and any opposition to Plaintiff's motion(s) **by Friday, February 2, 2024**. Discovery is **STAYED** pending resolution of these motions.

Defense counsel is further directed to file a letter **by Tuesday, November 21, 2023**, updating the Court regarding the status of electronic filing for Plaintiff.

The Clerk of Court is respectfully directed to serve a copy of this Order and a copy of the docket on *pro se* incarcerated Plaintiff.

**SO ORDERED.**

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: November 14, 2023
       New York, New York