**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CHRISTOPHER HIRAM CANO,                     :
                                            :
                           Plaintiff,       :              22-CV-10557 (JLR) (OTW)
                                            :
             -against-                      :              **ORDER**
                                            :
CITY OF NEW YORK, et al.,                   :
                                            :
                           Defendants.      :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of *pro se* Plaintiff's letter, dated May 5, 2024, but filed June 5,

2024. (ECF 45). The 22-page letter contains at least two motions: (1) Plaintiff's motion for

Judge Rochon's recusal from this action (*see id.* at 1–3, 21), and (2) Plaintiff's motion for a

temporary restraining order ("TRO") (*see id.* at 2, 12, 17, 21). Plaintiff asserts that she "is

currently incarcerated at the Men's facility [and] she is going to be subjected to further

irreparable harm if the Courts do not provide a temporary restraining order." *Id.* at 2.

Plaintiff seeks a TRO "restraining the defendants from housing the Plaintiff in [] restrictive

confinement units or violent gang units because of her transgender status" and ordering

Defendants to "rehouse the Plaintiff in either Transgender Housing Unit (T.H.U.), Protective

Custody (P.C.) or Mental Health Housing Unit at the Female Facility." *Id.* at 12, 17.

      Defendants are directed to respond to ECF 45 **by Tuesday, June 18, 2024**.

      In the Court's April 26, 2024 Order, the Court directed Plaintiff to file her proposed

supplement to her complaint, together with her opposition to Defendants' motion to

dismiss (ECF 31) no later than Friday, May 24, 2024. (ECF 44). The Court cautioned that

"[f]ailure to do so may result in the Court deeming: (1) the motion to dismiss unopposed,

and (2) Plaintiff's motion to supplement her complaint withdrawn." *Id.* at 3. ECF 45 appears

to contain Plaintiff's "Motion for Leave to File Supplemental Complaint" (*see id.* at 4), along

with a "Supplemental Complaint." *Id.* at 5–13. The Court will construe these pages as

Plaintiff's supplement to her complaint. However, ECF 45 does not appear to contain

Plaintiff's opposition to Defendants' motion to dismiss. Because Plaintiff is *pro se* and

incarcerated, and it is unclear whether she received the Court's April 26, 2024 Order (ECF

44), Plaintiff will be given **one last opportunity** to file an opposition brief to Defendants'

motion to dismiss. (ECF 31). Plaintiff shall file her opposition, if any, **no later than Friday,

July 12, 2024**. Failure to do so **will** result in the Court deeming the motion to dismiss

unopposed.

      Defendants are directed to serve a copy of this Order, the motion to dismiss, and ECF 44

on *pro se* incarcerated Plaintiff, and file proof of service on the docket.

      **SO ORDERED.**


                       */s/ Ona T. Wang*

Dated:  June 13, 2024                          **Ona T. Wang**
       New York, New York            United States Magistrate Judge