UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HIRAM CANO,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

Case No. 1:22-cv-10557 (JLR)

**OPINION AND ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 18, 2024, Defendants filed a motion to dismiss Plaintiff's Complaint and Supplemental Complaint in their entirety. *See* Dkt. 63. To date, Plaintiff has not filed any opposition to Defendants' motion to dismiss. As a courtesy, the Court will extend Plaintiff's deadline to oppose Defendants' motion to **May 19, 2025**. Failure to file an opposition or otherwise communicate with the Court may result in the motion to dismiss being treated as unopposed or the dismissal of this case for failure to prosecute.

Defendants are instructed to undertake good-faith efforts to contact Plaintiff and to identify updated contact information for Plaintiff. Defendants shall submit a status letter to the Court no later than April 25, 2025, regarding its efforts and informing the Court of any change in Plaintiff's contact information or incarceration status.

Dated: April 21, 2025
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge