UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK et al.,<br><br>       Defendants. | Case No. 1:22-cv-10557 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 18, 2024, Defendants filed a motion to dismiss Plaintiff's Complaint and Supplemental Complaint. *See* Dkt. 63. After having received no response from the Plaintiff, on April 21, 2025, the Court issued an Order extending Plaintiff's deadline to file an opposition to Defendants' motion to May 19, 2025. *See* Dkt. 66. The Court's Order was mailed to Defendant, but on May 6, 2025, the mail was returned as undeliverable. To date, Plaintiff has not filed an opposition to Defendants' motion or otherwise communicated with the Court.

Pursuant to the N.Y.C. Department of Correction's publicly accessible Person in Custody Lookup Service,[1] it appears that Plaintiff is now located at the RNDC correctional facility, which is different from Plaintiff's address of record on the docket. Accordingly, the Court will grant Plaintiff an additional courtesy extension to file an opposition to Defendants' motion to dismiss **no later than July 3, 2025.** Plaintiff is reminded that "it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and **the Court may dismiss the action if Plaintiff fails to do so."** Dkt. 4 at 2 (emphasis added). Continued

---

[1] *Available at* https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf.

failure to respond to the motion to dismiss or otherwise contact the Court may also result in dismissal for failure to prosecute or the treatment of the motion as unopposed.

The Clerk of Court is respectfully directed to mail a copy of (1) this Order, (2) Defendants' motion to dismiss, Dkt. 63, and (3) Defendants' memorandum of law, Dkt. 64, to Plaintiff at the address provided herein.

Dated: June 3, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Mail To:
Christopher Hiram Cano
NYSID #13552006J
B&C # 8252500691
11-11 Hazen Street
East Elmhurst, NY 11370